UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-0930 CR-HUCK

26 U.S.C. § 7206(2)

MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

ROBERT P. RACHLIN,
          Defendant.
_____/

# INFORMATION

The United States Attorney charges that:

## Count 1

Aiding and Assisting in the Preparation
and Presentation of a False and Fraudulent Return
26 U.S.C. § 7206(2)

On or about March 21, 1997, in the Southern District of Florida, the defendant,

ROBERT P. RACHLIN,

a resident of Miami-Dade County, Florida, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a joint U.S. Individual Income Tax Return, Form 1040, of Wanda Martinez and Jerry Lenn for the calendar year 1996, which was false and fraudulent as to a material matter, in that it represented that their joint taxable income for the calendar year 1996, was the sum of $130,441.00, and that the tax due and owing thereon was the sum of $32,317.00, whereas as the defendant then and there well knew and believed, their joint taxable income for the calendar year 1996 was substantially in excess of that heretofore stated and that upon said additional taxable income a substantial additional tax was due and owing

to the United States of America.

In violation of Title 26, United States Code, Section 7206(2).

### Count 2

Aiding and Assisting in the Preparation
and Presentation of a False and Fraudulent Return
26 U.S.C. § 7206(2)

On or about March 29, 1998, in the Southern District of Florida, the defendant,

ROBERT P. RACHLIN,

a resident of Miami-Dade County, Florida, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a joint U.S. Individual Income Tax Return, Form 1040, of Wanda Martinez and Jerry Lenn for the calendar year 1997, which was false and fraudulent as to a material matter, in that it represented that their joint taxable income for the calendar year 1997, was the sum of $128,109.00, and that the tax due and owing thereon was the sum of $30,631.00, whereas as the defendant then and there well knew and believed, their joint taxable income for the calendar year 1997 was substantially in excess of that heretofore stated and

2

that upon said additional taxable income a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(2).

_____
GUY A. LEWIS
UNITED STATES ATTORNEY


_____
THOMAS J. MULVIHILL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROBERT P. RACHLIN

CASE 00- 0930 CR-HUCK

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information MAGISTRATE

New Defendant(s)        Yes ___  No ___
Number of New Defendants    ___
Total number of counts      ___

**Court Division**: (Select One)

___ Miami      ___ Key West
___ FTL   _X_ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the Information, the number of defendants, the number of probable witnesses and the legal complexities of the Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   I    0 to 5 days    _X_    Petty      ___
   II   6 to 10 days   ___    Minor      ___
   III  11 to 20 days  ___    Misdem.    ___
   IV   21 to 60 days  ___    Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _00-328-CR-HURLEY_
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

Thomas J. Mulvihill
THOMAS J. MULVIHILL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0931209

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:     ROBERT P. RACHLIN     00- 0930 CR - HUCK

Count #:     1 and 2

MAGISTRATE JUDGE
BROWN

26 U.S.C. §7206(2)

*Max.     Three years of imprisonment.

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# BOND RECOMMENDATION

**00- 0930**

DEFENDANT      **ROBERT P. RACHLIN**

$100,000 PERSONAL SURETY BOND

(Surety, Recognizance, Corp. Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

*Thomas J. Mulvihill*
THOMAS J. MULVIHILL
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: 13605 S.W. 104 Ct
Miami, Florida 33176

What Facility:

Agent:   Special Agent Halverson West, IRS

(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS)
(OTHER)