1

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF FLORIDA

3      MIAMI DIVISION

4

5   UNITED STATES OF AMERICA,    .   CASE 00930CR-HUCK
                                 .
6         PLAINTIFF,              .   MIAMI, FLORIDA
                                 .   MAY 14, 2001
7         v.                     .
                                 .
8   ROBERT P. RACHLIN,           .
                                 .
9         DEFENDANT.             .
                                 .
10  . . . . . . . . . . . . . .

11

12      TRANSCRIPT OF SENTENCING PROCEEDINGS HAD

13        BEFORE THE HONORABLE PAUL HUCK,

14          UNITED STATES DISTRICT JUDGE.

15

16

17

18

19  APPEARANCES:

20  FOR THE GOVERNMENT:        THOMAS MULVIHILL, AUSA

21

22  FOR THE DEFENDANT:         ALVIN E. ENTIN, ESQUIRE

23

24

25  COURT REPORTER:            BRYNN DOCKSTADER, RMR

FILED by _____ D.C.
AUG 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Original

